

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KIMBERLY D. MICHEL, individually and on behalf of all others similarly situated,
    Plaintiff(s),
v.

NAVIENT SOLUTIONS, INC.
    Defendant(s).

Civil Case No. 15-cv-01567-HZ

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Lisa M. Simonetti requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Simonetti, Lisa M.
    (Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: Vedder Price (CA), LLP
Mailing Address: 1925 Century Park East, Suite 1900
City: Los Angeles    State: CA    Zip: 90067
Phone Number: (424) 204-7738    Fax Number: (424) 204-7702
Business E-mail Address: lsimonetti@vedderprice.com

63833

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, November 23, 1993, 165996

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
See Attachment "A"

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Navient Solutions, Inc.

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __4th__ day of __September__, __2015__

_____
*(Signature of Pro Hac Counsel)*

Lisa M. Simonetti
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __28th__ day of __August__, __2015__

_____
*(Signature of Local Counsel)*

Name: __Crowhurst__        __Megan__        __J.__
       *(Last Name)*       *(First Name)*   *(MI)*    *(Suffix)*

Oregon State Bar Number: __132311__
Firm or Business Affiliation: __Bullard Law__
Mailing Address: __200 SW Market Street, Suite 1900__
City: __Portland__        State: __OR__        Zip: __97201__
Phone Number: __503-248-1134__    Business E-mail Address: __mcrowhurst@bullardlaw.com__

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## Attachment "A"

| Court | Year of Admission |
|---|---|
| U.S. Supreme Court | 1997 |
| U.S. Court of Appeals for the Eleventh Circuit | 2009 |
| U.S. Court of Appeals for the Ninth Circuit | 1994 |
| U.S.D.C., Central District of California | 1993 |
| U.S.D.C., Eastern District of California | 1994 |
| U.S.D.C., Northern District of California | 1994 |
| U.S.D.C., Southern District of California | 1993 |
| U.S.D.C., District of Colorado | 2013 |
| U.S.D.C., Northern District of Illinois | 2010 |
| U.S.D.C., Central District of Illinois | 2015 |
| U.S.D.C., Eastern District of Michigan | 2015 |
| U.S.D.C., Western District of New York | 2015 |
| U.S.D.C., Southern District of Indiana | 2015 |