### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

Kimberly D. Michel et al.

_____
Plaintiff(s),

v.

Navient Solutions, Inc.

_____
Defendant(s).

Civil Case No. 3:15-cv-01567-HZ

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Kathryn A. Williams requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Williams (Last Name), Kathryn (First Name), A. (MI), (Suffix)

Firm or Business Affiliation: Williamson & Williams LLP

Mailing Address: 2239 W Viewmont Way W

City: Seattle  State: WA  Zip: 98199

Phone Number: 206 294-3085  Fax Number:

Business E-mail Address: Kim@Williamslaw.com

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Washington State Bar Association, 5/16/79, 9077

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
United States District Court, Western District of Washington, 9/17/79
Ninth Circuit Court of Appeals, 8/20/91

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kimberly D. Michel, Plaintiff and potential class representative

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 26th day of August, 2015

_Kathryn A. Williams_
(Signature of Pro Hac Counsel)

Kathryn A. Williams
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of September, 2015

(Signature of Local Counsel)

Name: Baxter, Justin, M
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 992178
Firm or Business Affiliation: Baxter & Baxter, LLP
Mailing Address: 8835 SW Canyon Lane, Suite 130
City: Portland   State: OR   Zip: 97225
Phone Number: (503) 297-9031   Business E-mail Address: justin@baxterlaw.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge