**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Kimberly D. Michel et al.

_____
**Plaintiff(s),**
v.

Navient Solutions, Inc.

_____
**Defendant(s).**

Civil Case No. 3:15-cv-01567-HZ

**APPLICATION FOR SPECIAL**
**ADMISSION – _PRO HAC VICE_**

Attorney Roblin J. Williamson _____ requests special admission _pro hac vice_ in
the above-captioned case.

**Certification of Attorney Seeking _Pro Hac Vice_ Admission:** I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Williamson     Roblin     J. _____
    _(Last Name)_       _(First Name)_       _(MI)_    _(Suffix)_

Firm or Business Affiliation: Williamson & Williams LLP _____

Mailing Address:   2239 W Viewmont Way W _____

City: Seattle _____ State: WA _____ Zip: 98199 _____

Phone Number: 206 294-3085 _____ Fax Number: _____

Business E-mail Address: Roblin@Williamslaw.com _____

**(2)    BAR ADMISSIONS INFORMATION:**

(a)    State bar admission(s), date(s) of admission, and bar ID number(s):

Washington State Bar Association, 12/23/80, 11387

California Bar Association, January 1971, 48877

(b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

United States District Court, Western District of Washington, 2/26/82

Ninth Circuit Court of Appeals, 6/9/86

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Kimberly D. Michel, Plaintiff and potential class representative

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 26th _____ day of August _____, 2015 _____

_____
(Signature of Pro Hac Counsel)

Roblin J. Williamson
_____
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this ___17th___ day of ___September___, 2015

_____
(Signature of Local Counsel)

Name: Baxter                         Justin                    M
_____   _____   _____   _____
(Last Name)                          (First Name)             (MI)        (Suffix)

Oregon State Bar Number: 992178 _____

Firm or Business Affiliation: Baxter & Baxter, LLP _____

Mailing Address: 8835 SW Canyon Lane, Suite 130 _____

City: Portland _____   State: OR _____   Zip: 97225 _____

Phone Number: (503) 297-9031 _____   Business E-mail Address: justin@baxterlaw.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge