**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

KIMBERLY D. MICHEL, individually and on behalf of all others similarly situated,
    **Plaintiff(s),**
v.

NAVIENT SOLUTIONS, INC.,
    **Defendant(s).**

Civil Case No. 15-cv-01567-HZ

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Christopher R. Ramos requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Ramos     Christopher     R.
    *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: Vedder Price (CA), LLP
Mailing Address: 1925 Century Park East, Suite 1900
City: Los Angeles     State: CA     Zip: 90067
Phone Number: (424) 204-7700     Fax Number: (424) 204-7702
Business E-mail Address: cramos@vedderprice.com

**(2)　BAR ADMISSIONS INFORMATION:**

 **(a)**　State bar admission(s), date(s) of admission, and bar ID number(s):
  California, December 5, 2014, 301556

 **(b)**　Other federal court admission(s), date(s) of admission, and bar ID number(s):
  U.S. Court of Appeals, Ninth Circuit
  U.S. District Court, Central District of California　　December 17, 2014

**(3)　CERTIFICATION OF DISCIPLINARY ACTIONS:**

 **(a)**　☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

 **(b)**　☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)　CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)　REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Navient Solutions, Inc.

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 6th day of December, 2016

*(Signature of Pro Hac Counsel)*

Christopher R. Ramos
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 7th day of December, 2016

*(Signature of Local Counsel)*

Name: Crowhurst, Megan J.
    *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number: 132311
Firm or Business Affiliation: Bullard Law
Mailing Address: 200 SW Market Street, Suite 1900
City: Portland    State: OR    Zip: 97201
Phone Number: (503) 248-1134    Business E-mail Address: mcrowhurst@bullardlaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---